UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>UNION BANK, N.A.<br><br>Defendant. | Case No. CV 10-2240 SI<br><br>**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF SECOND, THIRD AND FOURTH CAUSES OF ACTION AND FOR DEFENDANT'S ADMISSIONS** |

# [PROPOSED] ORDER

Plaintiff the Board of Trustees of the California Winery Workers' Pension Trust Fund and Defendant Union Bank, N.A., have stipulated as follows:

(1) Defendant Union Bank is an ERISA investment fiduciary to the California Winery Workers' Pension Plan pursuant to the Corporate Co-Trustee Agreement, and pursuant to the Securities Lending Services Agreement

(2) The Corporate Co-Trustee Agreement and Securities Lending Services Agreement are documents and instruments governing the California Winery Workers' Pension Plan within the meaning of Section 404(a)(1)(D) of ERISA [29 U.S.C. § 1104(a)(1)(D)].

(3) Defendant Union's Bank's functions, duties and actions in connection with the California Winery Workers' Pension Plan's cash collateral account provided for in the Securities Lending Services Agreement are all subject to the duties set forth in Section 404(a)(1) of ERISA [29 U.S.C. § 1104(a)(1)].

(4) In reliance on Paragraphs (1), (2) and (3) above, Plaintiff hereby dismisses with prejudice its State Law Claims (the second, third, and fourth causes of action in the Complaint) with each party bearing its own fees and costs; and

(5) Defendant shall have an additional ten (10) days to respond to the Complaint, making Defendant's response to the Complaint due on August 5, 2010.

The Court, having received and reviewed the stipulation of the parties and good cause appearing therefor, **HEREBY ORDERS** as follows:

(1) Plaintiff's State Law Claims (the second, third, and fourth cause of action in the Complaint) are dismissed with prejudice. Each party shall bear its own fees and costs.

(2) Defendant's response to the Complaint is due on August 5, 2010.

-1-

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
OF 2ND, 3RD, AND 4TH CLAIMS FOR RELIEF FOR
DEFENDANT'S ADMISSIONS
CASE NO.: CV 10-2240 SI

1  **IT IS SO ORDERED.**

Date: _____    _____
                            SUSAN ILLSTON
                            UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL
OF 2ND, 3RD, AND 4TH CLAIMS FOR RELIEF FOR
DEFENDANT'S ADMISSIONS
CASE NO.: CV 10-2240 SI