| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | RAPHAEL SHANNON (SBN 83850) |
|   | DIANE SIDD-CHAMPION (SBN 78140) |
| 3 | ANA PEREZ HALLMON (SBN 253309) |
|   | 595 Market Street, Suite 2200 |
| 4 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 5 | Facsimile:   (415) 882-2999 |
|   | Email:  rshannon@mjmlaw.us |
| 6 | Email:  dsidd-champion@mjmlaw.us |
|   | Email:  ahallmon@mjmlaw.us |
| 7 | |
| 8 | Attorneys for Plaintiff |
|   | THE BOARD OF TRUSTEES OF THE |
|   | CALIFORNIA WINERY WORKERS' |
| 9 | PENSION TRUST FUND |

PAUL J. HALL - (State Bar No. 66084)
Isabelle Ord (State Bar No. 198224)
Krista K. Bell (State Bar No. 245884)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile:  (415) 984-8300
Email:  phall@nixonpeabody.com
Email:  iord@nixonpeabody.com
Email: kpbell@nixonpeabody.com

Attorneys for Defendant,
UNION BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND, | ) ) ) | Case No.  C 10-2240 SI |
| | ) | **[PROPOSED] ORDER** |
| | ) | **CONTINUING CASE** |
| Plaintiffs, | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| UNION BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | |
|---|---|
| 1 | [PROPOSED] ORDER |

Pursuant to the stipulation of the parties, the Case Management Conference currently set for September 3, 2010 at 2:30 p.m., is hereby rescheduled to September 10, 2010 at 2:30 p.m., in Courtroom 10.

Case Management Statements are due by no later than September 3, 2010.

Dated: _____     _____
                                                              SUSAN ILLSTON
                                                  UNITED STATES DISTRICT JUDGE