IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS PENSION TRUST FUND, | No. C 10-02240 SI |
|---|---|
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNION BANK NA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 21, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 13, 2011.

DESIGNATION OF EXPERTS: 5/13/11; REBUTTAL: 6/10/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is July 8, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by August 12, 2011;

Opp. Due August 26, 2011; Reply Due September 2, 2011;

and set for hearing no later than September 16, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 18, 2011 at 3:30 PM.

COURT TRIAL DATE: October 31, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation shall occur by mid December 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge