1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNION BANK, N.A.,<br>　　　　　　　　Defendant. | Case No.  C 10-2240 SI<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR RESPONSES TO UNION BANK'S AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT** |
| UNION BANK, N.A.,<br>　　　　　　　　Counter-Plaintiff,<br><br>　　v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND<br>　　　　　　　　Counter-Defendant. | |
| UNION BANK, N.A.,<br>　　　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>CORY BROWN, MICHAEL CRAIN, JERRY O. ELDREDGE, HUGH FRANKLIN, JOE HALCON, ALAN PEGARELLA, ROBERT RAMIREZ, CINDY SMITH, CHARLES FEAVER, MICHAEL FRANZIA, ROBERT M. LIEBER, MARC C. MONDAVI, DIANNE NURY, FRED WIEBEL, Jr., and DOES 1-20 inclusive.<br>　　　　　　　　Third-Party Defendants. | |

1 [PROPOSED] ORDER

2   Pursuant to the stipulation of the parties, the Court sets the following schedule for the responses
3 to Union Bank's Amended Counterclaim (Dkt. # 26) and Third-Party Complaint (Dkt. # 18):

4   12(b)(6) Motions Due:   October 29, 2010

5   Oppositions Due:   December 17, 2010

6   Replies Due:   January 7, 2011

7   Hearing on Motions:   January 28, 2011

10 Dated: _____   _____
11   SUSAN ILLSTON
   UNITED STATES DISTRICT JUDGE