UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>      Plaintiff,<br><br> v.<br><br>UNION BANK, N.A.,<br><br>      Defendant. | Case No.  C 10-2240 SI<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES FOR THE MOTION TO DISMISS THE THIRD-PARTY COMPLAINT AND THE MOTION TO DISMISS THE AMENDED COUNTERCLAIM** |
| UNION BANK, N.A.,<br><br>      Counter-Plaintiff,<br><br> v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND<br><br>      Counter-Defendant. | |
| UNION BANK, N.A.,<br><br>      Third-Party Plaintiff,<br><br> v.<br><br>CORY BROWN, MICHAEL CRAIN, JERRY O. ELDREDGE, HUGH FRANKLIN, JOE HALCON, ALAN PEGARELLA, ROBERT RAMIREZ, CINDY SMITH, CHARLES FEAVER, MICHAEL FRANZIA, ROBERT M. LIEBER, MARC C. MONDAVI, DIANNE NURY, FRED WIEBEL, Jr., and DOES 1-20 inclusive.<br><br>      Third-Party Defendants. | |

1 [PROPOSED] ORDER

2    Pursuant to the stipulation of the parties, the Court sets the following schedule for the motions

3 to dismiss Union Bank's Amended Counterclaim (Dkt. # 34) and Third-Party Complaint (Dkt. # 35):

4    Replies Due:          January 21, 2011

5    Hearing on Motions:   February 11, 2011

8 Dated: _____    _____
                                SUSAN ILLSTON
9                               UNITED STATES DISTRICT JUDGE