UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>                       Plaintiff,<br>v.<br><br>UNION BANK, N.A.,<br>                       Defendant. | Case No.  C 10-2240 SI<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES FOR MOTIONS AND FURTHER CASE MANAGEMENT CONFERENCE** |
| UNION BANK, N.A.,<br>                       Counter-Plaintiff,<br>v.<br>THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND<br>                       Counter-Defendant. | |
| UNION BANK, N.A.,<br>                       Third-Party Plaintiff,<br>v.<br>CORY BROWN, MICHAEL CRAIN, JERRY O. ELDREDGE, HUGH FRANKLIN, JOE HALCON, ALAN PEGARELLA, ROBERT RAMIREZ, CINDY SMITH, CHARLES FEAVER, MICHAEL FRANZIA, ROBERT M. LIEBER, MARC C. MONDAVI, DIANNE NURY, FRED WIEBEL, Jr., and DOES 1-20 inclusive.<br>                       Third-Party Defendants. | |

1  [PROPOSED] ORDER

2  Pursuant to the stipulation of the parties, and good cause appearing therefor, the Court hereby
3  continues the deadlines for the pending motion to dismiss the Amended Counterclaim (Dkt. # 34) and
4  the pending motion to dismiss the Third-Party Complaint (Dkt. # 35) to a further date to be determined
5  at the next case management conference.  The following deadlines for the motions are taken off
6  calendar:

7  Replies Due: January 21, 2011

8  Hearing on Motions: February 11, 2011

9  The further Case Management Conference currently set for January 21, 2011 at 3:00 p.m. is
10  hereby rescheduled to February 18, 2011 at 3:00 p.m. in Courtroom 10.

11  Case Management Statements are due no later than February 11, 2011.

Dated: _____   _____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE