Ronald K. Alberts (SBN: 100017)
Spencer P. Hugret (SBN: 240424)
GORDON & REES LLP
633 W. Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ralberts@gordonrees.com
Email: shugret@gordonrees.com

Attorneys for Third-Party Defendants
Cory Brown, Michael Crain, Jerry O. Eldredge,
Hugh Franklin, Alan Pegarella, Robert Ramirez,
Cindy Smith, Charles Feaver, Michael Franzia,
Robert M. Lieber, Marc C. Mondavi, Dianne Nury,
and Fred Weibel, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>          Plaintiff,<br><br>vs.<br><br>UNION BANK, N.A.,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C 10-2240 SI<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE THE FEBRUARY 18, 2011 CASE MANAGEMENT CONFERENCE<br><br>[STIPULATION TO CONTINUE THE FEBRUARY 18, 2011 CASE MANAGEMENT CONFERENCE FILED CONCURRENTLY HEREWITH] |

The Court hereby orders that the Case Management Conference be continued from February 18, 2011, until __March 11__, 2011 at 3 p.m. a.m./p.m and the Parties will file an updated Case Management Statement five days before the continued Cases Management Conference.

Dated: 2/17/11

_____
Hon. Susan Illston
U.S. DISTRICT JUDGE

[PROPOSED] ORDER                                                                  - 1 -                                                                 CASE NO. C 10-2240 SI

CG/1067724/9258828v.1