1  Ronald K. Alberts (SBN: 100017)
   Spencer P. Hugret (SBN: 240424)
2  GORDON & REES LLP
   633 W. Fifth Street, Suite 5200
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470
   Email: ralberts@gordonrees.com
5  Email: shugret@gordonrees.com

6  Attorneys for Third-Party Defendants
   Cory Brown, Michael Crain, Jerry O. Eldredge,
7  Hugh Franklin, Alan Pegarella, Robert Ramirez,
   Cindy Smith, Charles Feaver, Michael Franzia,
8  Robert M. Lieber, Marc C. Mondavi, Dianne Nury,
   and Fred Weibel, Jr.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  THE BOARD OF TRUSTEES OF THE          )   CASE NO. C 10-2240 SI
    CALIFORNIA WINERY WORKERS'            )
14  PENSION TRUST FUND,                   )
                                          )
15                      Plaintiff,        )
                                          )   [PROPOSED] ORDER ON
16          vs.                           )   NOTICE OF SUBSTITUTION
                                          )   OF COUNSEL FOR THIRD-
17  UNION BANK, N.A.,                     )   PARTY DEFENDANTS
                                          )
18                      Defendants.       )   [NOTICE OF SUBSTITUTION OF
                                          )   COUNSEL FOR THIRD- PARTY
19  ——————————————————————————           )   DEFENDANTS FILED
    AND RELATED CROSS-ACTIONS.            )   CONCURRENTLY HEREWITH]
20                                        )

21         The Court hereby orders that the notice of Third-Party Defendant

22  MICHAEL FRANZIA to substitute Gordon & Rees LLP as attorney of records in

23  place and instead of McCarthy, Johnson & Miller **is hereby GRANTED**.

24

25  Dated:  3/4/11

26                                    _____
                                      Hon. Susan Illston
27                                    U.S. DISTRICT JUDGE

28

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

CG/1067724/9369614v 1

                                      - 1 -
[PROPOSED] ORDER
                                              CASE NO. C 10-2240 SI