Ronald K. Alberts (SBN: 100017)
Spencer P. Hugret (SBN: 240424)
GORDON & REES LLP
633 W. Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ralberts@gordonrees.com
Email: shugret@gordonrees.com

Attorneys for Third-Party Defendants
Cory Brown, Michael Crain, Jerry O. Eldredge,
Hugh Franklin, Alan Pegarella, Robert Ramirez,
Cindy Smith, Charles Feaver, Michael Franzia,
Robert M. Lieber, Marc C. Mondavi, Dianne Nury,
and Fred Weibel, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND, | CASE NO. C 10-2240 SI |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON NOTICE OF SUBSTITUTION OF COUNSEL FOR THIRD-PARTY DEFENDANTS |
| vs. | |
| UNION BANK, N.A., | |
| Defendants. | [NOTICE OF SUBSTITUTION OF COUNSEL FOR THIRD- PARTY DEFENDANTS FILED CONCURRENTLY HEREWITH] |
| AND RELATED CROSS-ACTIONS. | |

The Court hereby orders that the notice of Third-Party Defendant MARC C. MONDAVI to substitute Gordon & Rees LLP as attorney of records in place and instead of McCarthy, Johnson & Miller **is hereby GRANTED**.

Dated: 3/4/11

*[signature]*

Hon. Susan Illston
U.S. DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER

CASE NO. C 10-2240 SI