1  Ronald K. Alberts (SBN: 100017)
   Spencer P. Hugret (SBN: 240424)
2  GORDON & REES LLP
   633 W. Fifth Street, Suite 5200
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470
   Email: ralberts@gordonrees.com
5  Email: shugret@gordonrees.com

6  Attorneys for Third-Party Defendants
   Cory Brown, Michael Crain, Jerry O. Eldredge,
7  Hugh Franklin, Alan Pegarella, Robert Ramirez,
   Cindy Smith, Charles Feaver, Michael Franzia,
8  Robert M. Lieber, Marc C. Mondavi, Dianne Nury,
   and Fred Weibel, Jr.

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 THE BOARD OF TRUSTEES OF THE            ) CASE NO. C 10-2240 SI
   CALIFORNIA WINERY WORKERS'              )
14 PENSION TRUST FUND,                     )
                                           )
15                    Plaintiff,           )
                                           ) [PROPOSED] ORDER ON
16      vs.                                ) NOTICE OF SUBSTITUTION
                                           ) OF COUNSEL FOR THIRD-
17 UNION BANK, N.A.,                       ) PARTY DEFENDANTS
                                           )
18                    Defendants.          )
                                           ) [NOTICE OF SUBSTITUTION OF
19 ─────────────────────────────           ) COUNSEL FOR THIRD- PARTY
                                           ) DEFENDANTS FILED
20 AND RELATED CROSS-ACTIONS.              ) CONCURRENTLY HEREWITH]
                                           )

21
        The Court hereby orders that the notice of Third-Party Defendant DIANNE
22
   NURY to substitute Gordon & Rees LLP as attorney of records in place and
23
   instead of McCarthy, Johnson & Miller **is hereby GRANTED**.
24

25
   Dated:  3/4/11
26                                          _____
                                                Hon. Susan Illston
27                                              U.S. DISTRICT JUDGE

28

CG/1067724/9369295v.1

[PROPOSED] ORDER                         - 1 -                    CASE NO. C 10-2240 SI