IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS PENSION TRUST FUND,

        Plaintiff,

v.

UNION BANK NA,

        Defendant.

No. C 10-02240 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 17, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 12, 2011

DESIGNATION OF EXPERTS: 8/12/11; REBUTTAL: 9/9/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 7, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by Novmeber 11, 2011;

    Opp. Due November 28, 2011, 2011; Reply Due December 5, 2011;

    and set for hearing no later than December 16, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 6, 2012 at 3:30 PM.

COURT TRIAL DATE: March 19, 2012, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/14/11

SUSAN ILLSTON
United States District Judge