IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS PENSION TRUST FUND, | No. C 10-02240 SI |
| Plaintiff, | **THIRD** <br> **PRETRIAL PREPARATION ORDER** |
| v. | |
| UNION BANK NA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 18, 2011

DESIGNATION OF EXPERTS: 11/18/11; REBUTTAL: 12/19/11.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 20, 2012

DISPOSITIVE MOTIONS **SHALL** be filed by January 27, 2012;

        Opp. Due February 10, 2012; Reply Due February 17, 2012;

        and set for hearing no later than March 2, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 10, 2012 at 3:30 PM.

 COURT TRIAL DATE: April 23, 2012 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff anticipates filing a Rule 54(b) motion by 7/25/11, any opposition shall be filed by 8/5/11.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/19/11

_____
SUSAN ILLSTON
United States District Judge