Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>             Plaintiff,<br><br>vs.<br><br>UNION BANK, N.A.,<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C 10-2240 SI<br><br>[~~PROPOSED~~] FINAL JUDGMENT OF DISMISSAL OF UNION BANK'S THIRD PARTY COMPLAINT AND AMENDED THIRD PARTY COMPLAINT<br><br>(Fed. R. Civ. Pro. 54(b)) |

On April 6, 2011, the Court entered an order as to Union Bank's Third Party Complaint, dismissing with prejudice Union Bank's claims for relief for contribution, equitable indemnification and indemnification against the Third Party Defendant individual trustees of the Board of Trustees of the California Winery Workers' Pension Trust Fund (collectively, the "Trustees"), and dismissing without prejudice Union Bank's claims for relief for breach of fiduciary duty and breach of co-fiduciary duty. [Docket No. 80.]

On June 21, 2011, the Court entered an order as to Union Bank's Amended Third Party Complaint, dismissing the Amended Third Party Complaint in its entirety and with prejudice. [Docket No. 91.]

STIPULATION AND [PROPOSED] ORDER AND [PROPOSED] JUDGMENT
CASE NO. C 10-2240 SI

At the scheduled July 15, 2011 Case Management Conference in this action, Union Bank made an oral motion for the entry of judgment on the Third Party Complaint and the Amended Third Party Complaint pursuant to Federal Rule of Civil Procedure, Rule 54(b) and the Court's April 6, 2011 and June 21, 2011 Orders, and the Parties thereafter agreed to stipulate to such entry of judgment. Union Bank also made an oral motion for a stay of the litigation of the Complaint during the pendency of any appeal of a judgment entered on the Third Party Complaint and Amended Third Party Complaint, which motion the Court denied.

The Court, having considered Union Bank's oral motion of July 15, 2011, and the Parties' stipulation, has determined that (1) good cause exists to enter final judgment as stipulated by the Parties, and (2) that there is no just reason for delay of the entry of this final judgment as to Union Bank's claims against the Trustees. Accordingly, the Court directs entry of Judgment which shall constitute a final adjudication of Union Bank's Third Party Complaint and Amended Third Party Complaint as to Union Bank and the Trustees. Good cause appearing therefor, it is:

ORDERED, ADJUDGED AND DECREED THAT:

1. This Court granted the Trustees' Motions to Dismiss Union Bank's Third Party Complaint and Amended Third Party Complaint, having determined that Union Bank failed to state a claim for relief in that its claims under the facts alleged are not authorized under controlling law, including the Employee Retirement Income Security Act ("ERISA"). This Court finds that the legal rulings supporting the dismissals are distinct from the legal and factual issues remaining in this action, which involve Union Bank's own potential liability to the Plaintiff under ERISA. Appellate review of this Final Judgment will not require the appellate court to address the same legal or factual issues as those contained in the claims still pending before this Court.

2. Union Bank's July 15, 2011 oral motion for a stay of this action during the pendency of any appeal of this Final Judgment is denied with prejudice.

3. Final judgment is entered dismissing Union Bank's Third Party Complaint and Amended Third Party Complaint with prejudice. The Court finds, pursuant to Rules 54(a) and 54(b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and further finds that there is no just reason for delay in the entry of this Judgment, as a Final Judgment, as to the parties to this action.

Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

Dated: 8/10/11

*[signature]*

The Honorable Susan Illston
United States District Judge

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

CG/1067724/10256906v.1

STIPULATION AND [PROPOSED] ORDER AND [PROPOSED] JUDGMENT
CASE NO. C 10-2240 SI