1   PAUL J. HALL (SBN: 66084)
    paul.hall@dlapiper.com
2   ISABELLE ORD (SBN: 198224)
    isabelle.ord@dlapiper.com
3   GEORGE J. GIGOUNAS (SBN: 209334)
    george.gigounas@dlapiper.com
4   DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
5   San Francisco, CA  94105-2933
    Tel:  415.836.2500
6   Fax:  415.836.2501

7   Attorneys for Defendant
    UNION BANK, N.A.
8
    McCARTHY, JOHNSON & MILLER,
9        Law Corporation
    RAPHAEL SHANNON (SBN: 83850)
10  ANA PEREZ HALLMON (SBN: 253309)
    595 Market Street, Suite 2200
11  San Francisco, CA  94105
    Telephone: (415) 882-2992
12  Facsimile: (415) 882-2999
    Email: rshannon@mjmlaw.us
13  Email: ahallmon@mjmlaw.us
14
    Attorneys for Plaintiff,
15  THE   BOARD   OF   TRUSTEES   OF   THE
    CALIFORNIA
16  WINERY WORKERS' PENSION TRUST FUND

17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                     SAN FRANCISCO DIVISION

21  THE BOARD OF TRUSTEES OF THE          CASE NO.  10-02240 SI MED
    CALIFORNIA WINERY WORKERS'
22  PENSION TRUST FUND,                   **[PROPOSED] ORDER GRANTING
                                          STIPULATED MOTION TO EXTEND
23             Plaintiff,                 DEADLINES BY 180 DAYS**

24        v.                              Case Management Conference: October 7, 2011
                                          Time:  3:00 p.m.
25  UNION BANK, N.A.,                     Location: Courtroom 10

26             Defendant.

27

28

DLA PIPER LLP (US)                                   -1-
   SAN FRANCISCO
                 [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINES
                 WEST\224692092.1

1    The Court has reviewed the parties' Stipulated Motion to Extend Deadlines by 180 Days and the

2  Declaration of George J. Gigounas in support thereof.  PURSUANT TO THE STIPULATION, AND FOR

3  GOOD CAUSE SHOWN, THE COURT SETS THE FOLLOWING SCHEDULE:

4        Percipient Discovery Cutoff                          5/18/12

5        Expert Designations                                  5/18/12

6        Rebuttal Expert Designations                         6/22/12

7        Expert Discovery Cutoff                              7/20/12

8        Dispositive Motions Due                              8/3/12

9        Oppositions Due                                      8/17/12

10       Replies Due                                          8/24/12
            HEARING: 9/
11       Pretrial Conference                                  10/9/12

12       Trial                                                ~~10/22/12~~
                                                             10/29/11
13

14       IT IS SO ORDERED.

15

16
   Dated:    9/20/11                        By: _____
17                                              Hon. Susan Illston
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINES
WEST\224692092.1