| | |
|---|---|
| 1 | PAUL J. HALL (SBN: 66084) |
| | paul.hall@dlapiper.com |
| 2 | ISABELLE ORD (SBN: 198224) |
| | isabelle.ord@dlapiper.com |
| 3 | GEORGE J. GIGOUNAS (SBN: 209334) |
| | george.gigounas@dlapiper.com |
| 4 | DLA PIPER LLP (US) |
| | 555 Mission Street, Suite 2400 |
| 5 | San Francisco, CA  94105-2933 |
| | Tel:  415.836.2500 |
| 6 | Fax:  415.836.2501 |
| 7 | Attorneys for Defendant |
| | UNION BANK, N.A. |
| 8 | |
| 9 | McCARTHY, JOHNSON & MILLER, |
| |     Law Corporation |
| | RAPHAEL SHANNON (SBN: 83850) |
| 10 | ANA PEREZ HALLMON (SBN: 253309) |
| 11 | 595 Market Street, Suite 2200 |
| | San Francisco, CA  94105 |
| 12 | Telephone: (415) 882-2992 |
| | Facsimile: (415) 882-2999 |
| 13 | Email: rshannon@mjmlaw.us |
| | Email: ahallmon@mjmlaw.us |
| 14 | |
| 15 | Attorneys for Plaintiff, |
| | THE  BOARD  OF  TRUSTEES  OF  THE |
| 16 | CALIFORNIA |
| | WINERY WORKERS' PENSION TRUST FUND |

17

18                   UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | | |
| 22 | THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND, | CASE NO.  10-02240 SI MED |
| 23 | | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES BY 180 DAYS** |
| | Plaintiff, | |
| 24 | v. | Case Management Conference: October 7, 2011 |
| 25 | | Time:  3:00 p.m. |
| | UNION BANK, N.A., | Location: Courtroom 10 |
| 26 | | |
| | Defendant. | |
| 27 | | |
| 28 | | |

1     The Court has reviewed the parties' Stipulated Motion to Extend Deadlines by 180 Days and the
2 Declaration of George J. Gigounas in support thereof. PURSUANT TO THE STIPULATION, AND FOR
3 GOOD CAUSE SHOWN, THE COURT SETS THE FOLLOWING SCHEDULE:

| | |
|---|---|
| Percipient Discovery Cutoff | 5/18/12 |
| Expert Designations | 5/18/12 |
| Rebuttal Expert Designations | 6/22/12 |
| Expert Discovery Cutoff | 7/20/12 |
| Dispositive Motions Due | 8/3/12 |
| Oppositions Due | 8/17/12 |
| Replies Due | 8/24/12 |
| HEARING: 9/ Pretrial Conference | 10/9/12 |
| Trial | ~~10/22/12~~ 10/29/11 |

IT IS SO ORDERED.

Dated: 9/20/11

By: /s/ Susan Illston
Hon. Susan Illston
United States District Judge