United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS PENSION TRUST FUND,<br><br>    Plaintiffs<br>  v.<br><br>UNION BANK NA,<br><br>    Defendant.           / | No. C 10-02240 SI<br><br>**ORDER ON PLAINTIFFS' MOTION TO ENLARGE TIME** |

Currently before the Court is plaintiffs' motion to enlarge time by one week to disclose one expert report. That motion is GRANTED. Defendant shall have until November 9, 2012, to serve the rebuttal, if any, to the particular expert report.

**IT IS SO ORDERED.**

Dated: October 12, 2012

SUSAN ILLSTON
United States District Judge